IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKY LEWIS HARRIS                                                                  PLAINTIFF

v.                                    Civil No. 10-2189

CAPTAIN CONGER; DR.
TINSMAN; and NURSE ANGIE
NOUROZY                                                                             DEFENDANTS

## ORDER

The full name of the Defendant known as Nurse Angie is Angie Nourozy.  **The Clerk is directed to note this change on the docket sheet.**

IT IS SO ORDERED this 5th day of July 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**